## Ley *v.* Henry, Appellant (No. 2).

OPINION BY ORLADY, J., July 18, 1912:

This case was tried before the same jury as that of Violet Ley, against the same defendant, No. 113, April Term, 1912, ante, p. 591, while separate appeals were taken to this court, they were argued together and for the reasons given in the case of the wife, a like judgment is entered in this appeal by the husband.

Judgment affirmed.

PORTER and MORRISON, JJ., dissent.